UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WATERBURY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GNRG, INC.,<br><br>Defendant. | Case No.: 17-CV-2160 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 12) |

Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 12.) The parties have settled and move to dismiss the action with prejudice, with Magistrate Judge Major retaining jurisdiction until September 2018 to enforce the settlement. (*Id.* at 2.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the parties, each party shall bear its own attorney's fees and costs. (*Id.*) The Clerk of Court **SHALL** close the file.

**IT IS SO ORDERED.**

Dated: May 29, 2018

Hon. Janis L. Sammartino
United States District Judge